Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

**MEMO ENDORSED**

August 26, 2026

**BY ECF**

The Honorable Sidney H. Stein
U.S. District Court Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: United States v. Rayqwan Newton, 26 Cr. 285**

Dear Judge Stein:

I am writing, with the consent of the Government, to request a thirty-day extension to file the defense's motion submission on behalf of Mr. Rayqwan Newton.

Mr. Newton's motions are currently due on September 8, 2026. No previous requests for extensions have been made. Discovery was completed on August 24, 2026. Additional time is required to review discovery, research potential issues, and discuss possible resolutions with Mr. Newton and the Government. The defense has conferred with the Government and Assistant United States Attorney Timothy Ly has consented to this request.

Thank you for your consideration.

Respectfully Submitted,

____/s/__Edie Joseph_________

Edie Joseph, Esq.
Assistant Federal Defender
Federal Defenders of New York

Marisa K. Cabrera, Esq.
Assistant Federal Defender
Federal Defenders of New York

**Defendant Newton's last day to file motions is extended to October 8, 2026.**

**Dated: New York, New York**
**August 26, 2026**

SO ORDERED

[signature]

SIDNEY H. STEIN
U.S.D.J.